IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

RONNIE & LEANN CLIFTON                                                    PLAINTIFF
and EVAN HENDERSON
v.                                                      Civil Action No. 2:09cv130-KS-MTP

NATIONAL GENERAL
INSURANCE COMPANY                                                         DEFENDANT

## ORDER GRANTING MOTION TO COMPEL DISCOVERY

THIS MATTER is before the court on a Motion [8] to Compel Discovery filed by Defendant. In the motion, Defendant seeks an order compelling Plaintiffs to respond to its First Set of Interrogatories and Request for Production propounded on January 6, 2010. According to Defendant, Plaintiffs have not provided any responses to Defendant's discovery requests, nor have they indicated that any responses are forthcoming. Accordingly, and in light of Plaintiffs' failure to respond to the motion,[1] the court finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion [8] to Compel Discovery is granted. Plaintiffs shall respond to Defendant's First Set of Interrogatories and Request for Production by April 15, 2010.

2. Plaintiffs are cautioned that failure to comply with the discovery provisions of the Federal Rules of Civil Procedure or this order may subject them to appropriate sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, including dismissal of their claims.

SO ORDERED AND ADJUDGED this the 5th day of April, 2010.

s/ Michael T. Parker
United States Magistrate Judge

---

[1] *See* L.U. Civ. R. 7(b)(3)(E) ("If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed.").